IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| TRAVIS D. PURDY, SR. § | | |
| xxx-xx-7247 § | CASE NO. 16-10436 | |
| P.O. BOX 12875 § | | |
| BEAUMONT, TX 77726 § | CHAPTER 13 | |
| § | | |
| KRYSTLE D. PURDY § | | |
| xxx-xx-1173 § | | |
| § | | |
| DEBTOR(S) § | | |
| § | | |

MOTION TO MODIFY CHAPTER 13
PLAN AFTER CONFIRMATION

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

The Debtors, by their attorney, represent as follows:

I.

1. That since confirmation of their Chapter 13 Plan, the Chapter 13 Trustee has filed his TRCC report. This modification is proposing to comply with the Trustee's TRCC report. The modification seeks to correct the underfunding of the Chapter 13 Plan.

2. Thus, the Debtors propose this modification to pay $740.00 per month for 10 months then $765.00 per month for 17 months then $874.00 per month for 33 months in order to fully fund their Chapter 13 Plan.

      3. That the modification proposed by the Debtors will not modify the rights of the holder of any claims being dealt with under the plan.

II.

Debtors propose the Post-Confirmation Chapter 13 Plan attached hereto as Exhibit "A".

**Barron & Barron, LLP**
P.O. Box 1347
Nederland, Texas 77627

Phone: (409) 727-0073
Bar Number: 01820800

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| IN RE: | **Travis D. Purdy, Sr.** | § | CASE NO | **16-10436** |
| --- | --- | --- | --- | --- |
| | xxx-xx-7247 | § | | |
| | **Krystle D. Purdy** | § | CHAPTER | **13** |
| | xxx-xx-1173 | § | | |
| | *Debtor(s)* | § | | |

### POST-CONFIRMATION
### MODIFIED CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

COME NOW, Travis D. Purdy, Sr. and Krystle D. Purdy, Debtors herein, and propose the following plan under Chapter 13 of the Bankruptcy Code:

1. The debts of DEBTOR(S) duly proved and allowed shall be paid to the holder thereof in accordance with the provisions of Chapter 13 of the Bankruptcy Code and this Plan.

2. The future earnings of DEBTOR(S) are submitted to the supervision and control of this Court, and DEBTOR(S) shall pay to the TRUSTEE a VARIABLE amount each month.  Please refer to EXHIBIT "B" for a VARIABLE payment schedule.  Payments shall commence on __October 8, 2016__ and shall continue at the intervals and in the amounts indicated on EXHIBIT "B".

3. From the payments received, the TRUSTEE will make disbursements in the following order:

   **(a). Administrative Expenses:** The TRUSTEE shall FIRST pay the expenses as prescribed by the Court, for administration of this plan.

| Name of Creditor | Type | Amount | Interest Rate | Monthly Payment | Term | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Barron & Barron, LLP | Attorney Fees | $3,500.00 | 0% | First Funds | | $3,500.00 |

   **(b). Priority Claims:** All Claims entitled to priority under Section 507 of the Bankruptcy Code will be paid as follows:

| Name of Creditor | Claim Amount | Amount Entitled To Priority | Interest Rate | Monthly Payment | Term | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

   **(c). Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed will be treated as follows:

   **(1).** Pursuant to 11 U.S.C. § 1325(a)(5)(B)(i) the holder of any allowed secured claim shall retain its lien securing the underlying debt until the earlier of the payment of the underlying debt as determined under nonbankruptcy law or the debtor(s) obtain a discharge under Section 1328 of the Bankruptcy Code.

   **(2). Payment of Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed, will be paid as follows:

| Name of Creditor | Amount Claimed | Principal Amt | Interest Rate | Monthly | Term | Estimated |
| Collateral | Value of Collat. | to Be Paid | | Payment | | Total Paid |
| --- | --- | --- | --- | --- | --- | --- |
| Amerihome Mortgage | $6,233.04 | $6,233.04 | 0% | $113.33 Avg. | 6-60 | $6,233.04 |
| 4265 Gaurson St., Beaumont, TX 77705 | $6,233.04 | | | | | |
| Neches Federal Credit Union | $19,678.82 | $19,678.82 | 4.5% | $433.22 Avg. | 6-56 | $22,094.21 |
| 2012 Chevrolet 1500 | $22,415.00 | | | | | |
| Neches Federal Credit Union | $9,001.00 | $4,596.18 | 4.5% | $96.85 Avg. | 6-60 | $5,326.55 |
| Cross-Collateral Claim with 2012 Chevrolet 1500 | $4,596.18 | | | | | |

*\* Variable payments are scheduled, please see Pro Forma, if attached.*

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300.

(H) **Travis D. Purdy, Sr.**  
(W) **Krystle D. Purdy**  
(C#) **16-10436**

**MODIFIED CHAPTER 13 PLAN**

*Page 2*

| | | | | | |
|---|---|---|---|---|---|
| Star Furniture | $14,000.00 | $6,300.00 | 4% | $136.86 Avg. | 6-56 | $6,980.00 |
| Bed, Dresser, 2-Nightstands, Mattress, Chest, Kitc | $6,300.00 | | | | | |

**(3). Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor(s) exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph (e) below:

| Name of Creditor | Collateral Description | Amount of Claim |
|---|---|---|
| | | |

**(d). Special Class:** The following specially classified claims shall be paid as follows:

| Name of Creditor | Claim Amount | Principal Amt. To Be Paid | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| | | | | | | |

**(e). Unsecured Claims:** Unsecured claims will be paid pro rata by the TRUSTEE after payment of the aforementioned categories, to creditors who have duly and timely filed and proved their claim, with the same having been allowed by the Court, with such payments or dividends to be paid in lieu of the debt and in satisfaction of the debts of such creditors.

**(f).** No interest, penalty or additional charge shall be allowed on any account subsequent to the filing of the petition herein, except that interest shall be allowed on claims to fully secured creditors in accordance with 11 U.S.C. § 506(b).

**4.** DEBTOR(S) shall pay direct the following debts outside the Plan:

| Name of Creditor | Collateral Description | Monthly Amount | Balance |
|---|---|---|---|
| Amerihome Mortgage | 4265 Gaurson St., Beaumont, TX 77705 | | $222,513.00 |

**5.** The following secured claims are not dealt with in the DEBTOR(S)' plan, therefore, upon confirmation of the DEBTOR(S)' Chapter 13 Plan, the automatic stay provisions of 11 U.S.C. § 362 will be terminated and annulled with respect to each of the following claims:

| Name of Creditor | Collateral Description | Claim | Value | Deficiency |
|---|---|---|---|---|
| | | | | |

The automatic stay provisions of 11 U.S.C. Sec. 362 remain in effect as to DEBTOR(S).
The remaining portion of the debt (deficiency), if any, shall be treated as any other general unsecured claim under this plan.

**6.** All executory contracts of the DEBTOR(S) will be assumed unless specifically rejected herein. The following executory contracts and/or leases are ASSUMED or REJECTED as indicated below:

| Name of Creditor | Contract is Assumed/Rejected |
|---|---|
| | |

**7.** Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S).

**8.** The Court may, from time to time, during the period of the plan, extend, increase or reduce the amount of any of the installments provided for by the plan, or extend or shorten the time for any such payments where it shall be made to appear, after such hearing, upon such notice as the Court may designate, that the circumstances of DEBTOR(S) so warrant or so require; provided, however, that nothing in this plan shall be construed to prevent the granting of a discharge of DEBTOR(S) as provided in 11 U.S.C. § 1328.

**9. Post-Confirmation Cure or Waiver of Default:**
Any default of the DEBTOR'S post-confirmation plan payments may only be WAIVED by compliance with the provisions of 11 U.S.C. § 1329. Any default of post-confirmation plan payments may only be CURED by permission of the Standing Chapter 13 Trustee and compliance with such conditions as the TRUSTEE may impose.

**10. Post-Petition Claims:**
The DEBTOR(S) will not incur any post-petition consumer debt except after notice to creditors and approval by the Court or the Standing Chapter 13 Trustee. Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

| | | |
|---|---|---|
| (H) **Travis D. Purdy, Sr.** | **MODIFIED CHAPTER 13 PLAN** | *Page 3* |
| (W) **Krystle D. Purdy** | | |
| (C#) **16-10436** | | |

## Additional Provisions of the Plan

**Tax Refunds-Ned**

All future tax refunds which Debtor(s) receive during the term of the plan, starting with the tax refund, if any, to be received for the tax year 2016 shall be turned over to the Trustee within ten (10) days of receipt of such, to the extend said refund exceeds $9,000.00, and shall be added to the plan base.  Whether or not a tax refund is due, debtor shall provide a copy of their tax return to the trustee within ten (10) days of filing such during the term of the plan.

**Timing of Collection of Trustee Fees**

Notwithstanding any other provision in the Plan, the Trustee shall receive a fee as allowed pursuant to the provisions of 28 U.S.C. 586(e)(2) in the percentage amount as fixed by the United States Trustee.

**Total Paid Column**

The Total Paid Column in the Confirmation Order for secured creditors is an estimate of the Total Amount Paid to that Creditor.

DATED on this the __18th_____ day of __July_____, __2017___.


**Barron & Barron, LLP**


__/s/ Robert E. Barron_____

**Robert E. Barron**
Bar Number:  01820800
P.O. Box 1347
Nederland, Texas 77627


Phone:  (409) 727-0073        Fax:  (409) 724-7739

WHEREFORE, the Debtors move this Honorable Court, under Bankruptcy Rule 9014, to enter an Order Modifying the Debtors' Chapter 13 Plan as prayed for herein.

DATED: July 18, 2017

Respectfully submitted,

BARRON & BARRON, L.L.P.
P. O. BOX 1347
NEDERLAND, TEXAS 77627
(409) 727-0073


BY:/s/ Robert E. Barron
   Robert E. Barron
   01820800

ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan after Confirmation has this July 18, 2017, shall be served via electronic means, if available, otherwise by regular first class mail, to....

**Mr. and Ms. Travis D. Purdy, Sr.**
P.O. Box 12875
Beaumont, TX 77726

**John Talton**
110 North College Ave., 12th Floor
Tyler, TX 75702

**Thomas Frederick Jones, III**
Codilis & Stawiarski
650 North Sam Houston Pkwy East, Suite 450
Houston, TX 77060

**James W. King**
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, TX 77706

**Recovery Management Systems Corporation**
25 S.E. Second Avenue, Suite 1120
Miami, FL 33131-1605

**US Trustee**
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

and to the parties on the attached mailing matrix.

/s/ Robert E. Barron
Robert E. Barron

```
Label Matrix for local noticing         AmeriHome Mortgage Company, LLC         AmeriHome Mortgage Company, LLC
0540-1                                  c/o Thomas F. Jones III                 ATTN:  BANKRUTPCY DEPARTMENT
Case 16-10436                           650 N. Sam Houston Parkway East         CODILIS & STAWIARSKI, P.C.
Eastern District of Texas               Ste 450                                 650 N. Sam Houston Parkway East, Suite 4
Beaumont                                Houston, TX 77060-5908                  Houston, TX 77060-5906
Tue Jul 18 11:28:03 CDT 2017

AmeriHome Mortgage Company, LLC         Amerihome Mortgage                      Bank of America
Cenlar FSB                              P.O. Box 11733                          PO Box 30770
425 Phillips Blvd                       Newark, NJ 07101-4733                   Tampa, FL 33630-3770
Ewing, NJ 08618-1430


Robert E. Barron                        Barron & Barron, LLP                    (p)CITIBANK
P.O. Box 1347                           P.O. Box 1347                           PO BOX 790034
Nederland, TX 77627-1347                Nederland, Texas 77627-1347             ST LOUIS MO 63179-0034


CBNA                                    CMRE Finance                            Capital One
P.O. Box 6497                           3075 Imperial Hwy                       P.O. Box 85617
Sioux Falls, SD 57117-6497              Brea, CA 92821-6733                     Richmond, VA 23285-5617


Capital One, N.A.                       FivePoint Credit Union                  (p)FIVEPOINT FCU
PO Box 71083                            PO Box 1366                             PO BOX 1366
Charlotte, NC  28272-1083               Nederland, TX 77627-1366                NEDERLAND TX 77627-1366


Internal Revenue Service                Thomas Frederick Jones III              James W. King
Centralized Insolvency Operations       Codilis & Stawiarski                    Offerman & King, L.L.P.
P.O. Box 7346                           650 North Sam Houston Pkwy East         6420 Wellington Place
Philadelphia, PA 19101-7346             Suite 450                               Beaumont, TX 77706-3206
                                        Houston, TX 77060-5908

MCYDSNB                                 MIDLAND FUNDING LLC                     Neches Credit Union
911 Duke Blvd.                          PO Box 2011                             776 Magnolia
Mason, OH 45040                         Warren, MI 48090-2011                   Port Neches, TX 77651-3703


Neches Federal Credit Union             Neches Federal Credit Union             Neches Federal Credit Union
c/o James W. King                       1955 Dowlen Rd                          2386 Nall
6420 Wellington Place                   Beaumont, TX 77706-3330                 Port Neches, TX 77651
Beaumont, TX 77706-3206


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Krystle D. Purdy                        Travis D. Purdy Sr.
PO BOX 41067                            P.O. Box 12875                          P.O. Box 12875
NORFOLK VA 23541-1067                   Beaumont, TX 77726-2875                 Beaumont, TX 77726-2875


Recovery Management Systems Corporation Recovery Management Systems Corporation SYNCB/GAPDC
25 S.E. Second Avenue                   25 S.E. 2nd Avenue, Suite 1120          P.O. Box 965005
Suite 1120                              Miami, FL 33131-1605                    Orlando, FL 32896-5005
Miami, FL 33131-1605
```

| | | |
|---|---|---|
| Sears<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Star Furniture<br>16666 Baker Springs<br>Houston, TX 77213 | Star Furniture<br>c/o Michelle Pennington<br>PO Box 216169<br>Houston, TX 77218 |
| Syncb/Walmart MasterCard<br>P.O. box 965024<br>Orlando, FL 32896-5024 | John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702-7226 | Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778-0001 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>350 Magnolia Ave., Ste 150<br>Beaumont, TX 77701-2254 |
| WF/Dillards<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CBNA<br>50 Northwest Point Rd.<br>Elk Grove Village, IL 60007 | FivePoint Federal Credit Union<br>P.O. Box 3903<br>Port Arthur, TX 77643 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40